NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ISLAND INTELLECTUAL PROPERTY LLC,**
*Plaintiff-Appellant*

**v.**

**TD AMERITRADE, INC., TD AMERITRADE CLEARING, INC., TD AMERITRADE TRUST CO., TD AMERITRADE HOLDING CORP., THE CHARLES SCHWAB CORPORATION,**
*Defendants-Appellees*

---

2023-1318, 2023-1441

---

Appeals from the United States District Court for the Eastern District of Texas in No. 2:21-cv-00273-JRG-RSP, Chief Judge J. Rodney Gilstrap.

---

## JUDGMENT

---

JOHN G. DELLAPORTAS, Emmet, Marvin & Martin, LLP, New York, NY, argued for plaintiff-appellant. Also represented by CHARLES R. MACEDO, Amster Rothstein & Ebenstein LLP, New York, NY; JUDITH LYNN SWARTZ, Phillips Nizer LLP, New York, NY.

NICHOLAS A. BROWN, Greenberg Traurig LLP, San

Francisco, CA, argued for defendants-appellees. Also represented by ELANA ARAJ, JULIE PAMELA BOOKBINDER, SCOTT JOSEPH BORNSTEIN, New York, NY; STEPHEN ULLMER, Denver, CO.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, DYK, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 16, 2024
Date

Jarrett B. Perlow
Clerk of Court